UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANDY SOWELL,<br><br>                    Plaintiff,<br><br>-against-<br><br>NYSDOCCS ANTHONY J. ANNUCCI, et al.,<br><br>                    Defendants. | 22-CV-6538 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the orders issued June 26, 2023 and April 15, 2024, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 15, 2024
         New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge